

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2020

Nos. 04-19-00714-CV, 04-19-00715-CV, & 04-19-00716-CV

**THE STATE OF TEXAS** ex. rel. Todd A. Durden, In His Official Capacity as County
Attorney,
Appellant

v.

James T. 'Tully' **SHAHAN**, In His Official Capacities as County Judge; Mark Frerich, In His
Official Capacity as County Commissioner; Joe Montalvo, In His Official Capacity as County
Commissioner; Dennis Dodson, In His Official Capacity as County Commissioner; Tim Ward,
In His Official Capacity as County Commissioner; Kinney County Commissioners Court and
Kinney County,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court Nos. 4845, 4863, & 4866
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On August 17, 2020, appellant filed a consolidated brief in appeals nos. 04-00714-CV,
04-00715-CV, and 04-00716-CV. On August 19, 2020, appellees filed a motion in each appeal
to strike the brief. Appellees complain that appellant filed a consolidated brief without
permission, the brief exceeds the word limit allowed by the Texas Rules of Appellate Procedure,
the Statement of Procedure improperly contains legal argument, and the brief contains either no
or improper citation to the reporter's and clerk's records. On August 19, 2020, appellant filed a
motion requesting an extension of word limits and that a consolidated brief be allowed.

We **GRANT** appellant's request to consolidate these appeals, and we **DENY** appellant's
request for an extension of word limits. Appellees' motion to strike appellant's brief is
**GRANTED**. Appellant's brief is **STRICKEN**, and appellant is ordered to file a brief that
complies with the Texas Rules of Appellate Procedure. Appellant's brief is due on or before
**October 2, 2020**. **Requests for an extension of time in which to file appellant's brief will be
disfavored.** Appellees' briefs are due thirty days following the date upon which appellant's
brief is filed.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2020.



MICHAEL A. CRUZ, Clerk of Court